IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICOLE BLAKELEY**                                                                                            **PLAINTIFF**

NO. 18-5147

**ACTION REVENUE RECOVERY, LLC**                                               **DEFENDANT**

### CLERK'S ORDER OF DISMISSAL

On this 29th day of May, 2019, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                  AT THE DIRECTION OF THE COURT

                                  DOUGLAS F. YOUNG, CLERK

                                  BY:  S. Cummings
                                          Deputy Clerk